# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Samuel Lamont Short**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00687-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Brick Tripp | ) | |
| United States Corporation Company | | |
| Superior Court of the District of Columbia | | |
| SF-274-Payment Bond | | |
| Court Services and Offender Supervision Agency | | |
| SF-275-Bid Bond | | |
| United States Parole Commission | | |
| SF273-Performance Bond**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2016 Order.

August 25, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court